144 So. 924

### George MAUL v. STATE.
### 2 Div. 509.

Court of Appeals of Alabama.
Nov. 15, 1932.

A. M. Pitts, of Selma, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, J.
Affirmed.

145 So. 922

### Isaac B. MEEKS v. STATE.
### 8 Div. 605.

Court of Appeals of Alabama.
Jan. 31, 1933.

SAMFORD, J.
Appeal dismissed.

145 So. 922

### H. E. MICHALSON v. STATE.
### 8 Div. 748.

Court of Appeals of Alabama.
Jan. 31, 1933.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BRICKEN, P. J.
From a conviction for forgery and obtaining certain things of value by false pretense with intent to defraud, this appeal was taken. Appellant's punishment was indeterminate as the law requires, and was for not less than three nor more than four years' imprisonment in the penitentiary. No points of decision are presented except those under the provision of the statute which involves only the regularity of the proceedings in the lower court as disclosed by the record, for upon the record only the appeal is rested.

We have examined the record, and find it regular and without error. The judgment of conviction from which this appeal was taken will stand affirmed.

Affirmed.

149 So. 926

### Elmore MILLER v. CITY OF HUNTSVILLE
### 8 Div. 805.

Court of Appeals of Alabama.
May 18, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

145 So. 922

### W. A. MILLER v. W. M. MILLER.
### 8 Div. 806.

Court of Appeals of Alabama.
Jan. 31, 1933.

H. H. Hamilton, of Russellville, for appellant.
J. Foy Guin, of Russellville, for appellee

BRICKEN, P. J.
Appeal dismissed.

150 So. 926

### Luther MILLER v. STATE.
### 4 Div. 20.

Court of Appeals of Alabama.
Nov. 21, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed.